**Order entered October 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00464-CR

**SCOTT LYNN LITTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-25478-U**

## ORDER

Before the Court is the October 20, 2022 third request of court reporter Sasha S. Brooks for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **October 28, 2022**.

/s/ ERIN A. NOWELL
   JUSTICE